IRVING A. RUBIN, Appellant, *v.* METROPOLITAN LIFE
INSURANCE COMPANY, Respondent.

Argued January 11, 1938; decided July 7, 1938.

*Abraham L. Pomerantz, Irving A. Rubin* (in person) and
*Julius Levy* for appellant.

*William Marshall Bullitt* and *Harry Cole Bates* for
respondent.

Judgment affirmed, without costs, on authority of *Rhine* v. *New York Life Ins. Co.* (273 N. Y. 1). No opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Loughran, Finch and Rippey, JJ.